# United States District Court
# Central District of California

| | |
|---|---|
| TIFFNI ALTES, on behalf of herself and all others similarly situated<br><br>     Plaintiffs,<br><br>  v.<br><br>BULLETPROOF 360, INC.,<br><br>     Defendant. | Case № 2:19-cv-04409-ODW (SKx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [22]** |

///
///
///
///
///
///
///

  Defendant Bulletproof 360, Inc., ("Defendant") served Plaintiff Tiffni Altes with a Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) motion to dismiss in this case on July 15, 2019. (ECF No. 22.) On July 29, 2019, Plaintiffs filed a Notice of Intent to File a First Amended Complaint Pursuant to Federal Rule of Civil Procedure

15. (ECF No. 25.) Plaintiff filed a first amended complaint on August 5, 2019—twenty-one days after Defendant filed its responsive pleading. (ECF No. 26.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiffs' amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

August 14, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**