O

# United States District Court
# Central District of California

| | |
|---|---|
| TIFFNI ALTES,<br><br>                Plaintiff,<br><br>    v.<br><br>BULLETPROOF 360, INC.,<br><br>                Defendant. | Case № 2:19-cv-4409-ODW (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION CONTINUING HEARINGS ON DEFENDANT'S MOTION TO DISMISS[29] AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [31]**<br><br>Judge: The Honorable Otis D. Wright |

The Court, having considered the Parties' Joint Stipulation to Continue Hearing on Motion to Dismiss and Motion for Preliminary Injunction, finds good cause and hereby **GRANTS** the Parties' request.

Accordingly, the hearings on Defendants Motion to Dismiss and Plaintiff's Motion for Preliminary Injunction are continued from September 30, 2019 at 1:30 p.m. to **October 28, 2019 at 1:30 p.m.**

**IT IS SO ORDERED.**

September 23, 2019

                                        **OTIS D. WRIGHT, II**
                              **UNITED STATES DISTRICT JUDGE**