| | |
|---|---|
| GREGORY S. WESTON (239944)<br>greg@westonfirm.com<br>**THE WESTON FIRM**<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:  (619) 798-2006<br>Facsimile:    (619) 343-2789<br><br>**Counsel for Plaintiff** | Charles C. Sipos, *pro hac vice*<br>CSipos@perkinscoie.com<br>Mica D. Klein, *pro hac vice*<br>MicaKlein@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>**Counsel for Defendant** |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFNI ALTES, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BULLETPROOF 360 INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-4409-ODW-SK<br>Pleading Type: Class Action<br><br>**JOINT STIPULATION DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**PROPOSED ORDER FILED CONCURRENTLY**<br><br>Judge: The Honorable Otis D. Wright |

---

*Altes v. Bulletproof 360, Inc.*, Case No. 2:19-cv-4409-ODW-SK
JOINT STIPULATION DISMISSING CASE WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action in its entirety, with no award of costs.

DATED: April 29, 2020　　　　　　　　　Respectfully Submitted,

s/ Gregory S. Weston
Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
(619) 798-2006

**Counsel for Plaintiff**

Charles C. Sipos
Charles C. Sipos
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
206.359.8000

**Counsel for Defendant**