JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFNI ALTES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BULLETPROOF 360 INC.,<br><br>Defendant. | Case No. 2:19-cv-4409-ODW(SKx)<br>Pleading Type: Class Action<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: The Honorable Otis D. Wright |

The Court has reviewed the Parties Joint Stipulation and [Proposed] Order Dismissing Case with Prejudice and finds good cause to grant the Stipulation. This action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: April 30, 2020

_____
The Honorable Otis D. Wright
United States District Judge